1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  RYAN KERBOW, ESQ.
   Nevada Bar No. 11403
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
5  (702) 938-1510

6  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
7
                    UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9

10 ANGELIC FRANKLIN-THOMAS,              Case No.: 2:15-cv-01260-LDG-CWH

11                  Plaintiff,
                                          **STIPULATION AND ORDER FOR**
12 v.                                     **DISMISSAL WITH PREJUDICE**

13 WAL-MART STORES, INC., and DOES 1
   through 100; and ROE CORPORATIONS 101
14 through 200, inclusive,

15                  Defendants.

16
           IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective
17
   counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that
18
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

- 1 -

party's own costs and attorney's fees.

DATED this 15 day of Jan, 2016.

BERNSTEIN & POISSON

Christopher D. Burk, Esq.
320 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Angelic Franklin-Thomas*

DATED this 15th day of January, 2016.

PHILLIPS, SPALLAS & ANGSTADT

Ryan Kerbow, Esq. 504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

Pooja Kumar, Esq.
Nevada Bar No. 12988

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 21 day of January, 2016.

UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

- 2 -